UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO ESPINOZA; MARIEL PACHO; ARELI HERNANDEZ,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MEXICALI RESTAURANT GROUP, INC.; DAVID VILLANUEVA; DOES 1-10,<br><br>　　　　Defendants.<br>_____/ | Case No. CV-00780<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

　　　　Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

　　　　The parties agree to participate in the following ADR process:  **Mediation**

　　　　The parties agree to hold the ADR session by:  **120 days (i.e. the presumptive deadline + 30 days)**.

Dated:  June 10, 2008　　　　　　　　　　/s/James Dal Bon
　　　　　　　　　　　　　　　　　　　　　*(As Authorized on June 10, 2008)*
　　　　　　　　　　　　　　　　　　　　　James Dal Bon
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


Dated:  June 10, 2008　　　　　　　　　　/s/Jeremy S. Millstone
　　　　　　　　　　　　　　　　　　　　　Jeremy S. Millstone
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants

　　　　I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.


**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
/s/ Jeremy S. Millstone