UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

GERARDO ESPINOZA; MARIEL PACHO; ARELI HERNANDEZ,

    Plaintiffs,

v.

MEXICALI RESTAURANT GROUP, INC.; DAVID VILLANUEVA; DOES 1-10,

    Defendants.

Case No. CV-00780

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated 6/13/08

Dated 6/13/08

Dated 6/16/08

Defendant
Mexicali Restaurant Group, Inc.
By: _[signature]_
    Jag Kapoor, CEO

_[signature]_
Defendant
David Villanueva

_[signature]_
Jeremy S. Millstone
Attorney for Defendants