IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gerardo Espinoza, et al., | NO. C 08-00780 JW |
| Plaintiffs, v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Mexicali Restaurant Group, Inc., | |
| Defendant. / | |

A Case Management Conference is currently scheduled for June 23, 2008. Pursuant to the Civil Local Rules, the parties were required to submit a Joint Case Management Statement by June 13, 2008. To date, the parties have failed to file their Joint Statement. Accordingly, the Court CONTINUES the Case Management Conference to **July 7, 2008 at 10 a.m.** On or before **June 27, 2008**, the parties shall file a Joint Case Management Statement; the Statement shall set forth a good faith discovery plan which includes a date for the close of all discovery.

Failure to comply with this Order may warrant sanctions on the part of both parties.

Dated: June 19, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Dal Bon jdblaw@earthlink.net
Jeremy Seth Millstone jmillstone@mpwlaw.net

**Dated: June 19, 2008**                                        **Richard W. Wieking, Clerk**

                                                                **By:  /s/ JW Chambers**
                                                                       **Elizabeth Garcia**
                                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California