UNITED STATES DISTRICT COURT

NOTHERN DISTRICT OF CALIFORNIA

**GRANTED**
/s/ James Ware
Judge James Ware
6/19/2008

| | |
|---|---|
| GERARDO ESPINOZA; MARIEL PACHO; ARELI HERNANDEZ,<br><br>            Plaintiffs,<br><br>v.<br><br>MEXICALI RESTAURANT GROUP, INC.; DAVID VILLANUEVA; DOES 1-10,<br><br>            Defendants.<br>_____/ | Case No. CV-08-0780 JW<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process: **Mediation**

The parties agree to hold the ADR session by: **120 days (i.e. the presumptive deadline + 30 days)**.


Dated:  June 10, 2008                              /s/James Dal Bon
                                                                   *(As Authorized on June 10, 2008)*
                                                                   James Dal Bon
                                                                   Attorney for Plaintiff


Dated:  June 10, 2008                              /s/Jeremy S. Millstone
                                                                   Jeremy S. Millstone
                                                                   Attorney for Defendants

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.


**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
/s/ Jeremy S. Millstone