IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gerardo Espinoza, et al., | NO. C 08-00780 JW |
|       Plaintiffs, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Mexicali Restaurant Group, Inc., et al., | |
|       Defendants. | |

A Case Management Conference in this case had been scheduled for June 23, 2008. Due to the parties' failure to submit a Joint Case Management Statement in accordance with the Civil Local Rules, the Court continued the Conference to July 7, 2008. (See Docket Item No. 8.) The Court ordered the parties to submit a Case Management Statement by June 13, 2008. (Id.) The Court warned the parties that failure to comply with the Order may warrant sanctions. To date, the parties have failed to file their Joint Statement.

Accordingly, the Court CONTINUES, once again, the Case Management Conference from July 7, 2008 to **September 15, 2008 at 10 a.m.** On or before **September 5, 2008**, the parties shall file a Joint Case Management Statement. The Statement shall set forth a good faith discovery plan, including a proposed date for the close of all discovery.

Failure to comply with this Order will result in monetary sanctions against both parties and dismissal of the case for failure to prosecute.

Dated: July 2, 2008

                                            JAMES WARE
                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Dal Bon jdblaw@earthlink.net
Jeremy Seth Millstone jmillstone@mpwlaw.net

**Dated: July 2, 2008**                              **Richard W. Wieking, Clerk**

                                                  **By:  /s/ JW Chambers**
                                                       **Elizabeth Garcia**
                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California