# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Espinoza,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>Mexicali Restaurant Group, Inc.,<br><br>　　　　　Defendant(s). | 08-00780 JW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Teresa V. Carey**
> Professional Mediation Associates
> 700 Larkspur Landing Circle, Ste. 199
> Larkspur, CA 94939
> 415-454-4478

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00780 JW MED                               - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: July 18, 2008

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-00780 JW MED                          - 2 -