United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Espinoza,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>Mexicali Restaurant Group, Inc.,<br><br>                    Defendant(s). | 08-00780 RS MED<br><br>**Notice Vacating Appointment of Mediator and Scheduling ADR Phone Conference** |

TO COUNSEL OF RECORD:

The appointment of Teresa V. Carey to serve as the Mediator in this matter is vacated. The ADR Unit has scheduled and will initiate a phone conference on Wednesday, September 10, 2008 at 10:00 a.m.

Dated: September 4, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice Vacating Appointment of Mediator and Scheduling ADR Phone Conference**
08-00780 RS MED