# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Espinoza, | 08-00780 RS MED |
| Plaintiff(s), | **Notice Rescheduling ADR Phone Conference** |
| v. | |
| Mexicali Restaurant Group, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The ADR Unit has rescheduled and will initiate the phone conference on Monday, September 15, 2008 at 10:00 a.m.

Dated: September 10, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice Rescheduling ADR Phone Conference**
08-00780 RS MED