**\*E-Filed 10/20/09\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GERARDO ESPINOZA; MARIEL PACHO; and ARELI HERNANDEZ,

Plaintiffs,

v.

MEXICALI RESTAURANT GROUP, INC.; and DAVID VILLANUEVA,

Defendants.
_____/

No. C 08-00780 RS

**STANDBY ORDER TO SHOW CAUSE**

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **January 20, 2010**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 27, 2010, at 9:30 a.m.** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 10/20/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE